the Covering & Supply Company. J. A. Burdeau, for appellant. F. V. Johnson, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

HALLAHAN v. HALLAHAN. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Katherine V. Hallahan against Edward F. Hallahan. No opinion. Motion granted. Order filed. See, also, 151 App. Div. 934, 135 N. Y. Supp. 1116.

---

HANDWEILER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Appeal from Trial Term, New York County. Action by Pepi Handweiler against the City of New York. From a judgment entered on a verdict of the jury, and from an order denying a motion for a new trial, defendant appeals. Reversed, and complaint dismissed. William E. C. Mayer, of Brooklyn, for appellant. Hugo Levy, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs to the appellant, upon the ground that there was no evidence to justify the finding of the jury that the defendant was negligent; and, on the same ground, the motion made by the defendant at the close of the whole case to dismiss the complaint is granted. Judgment ordered accordingly.

---

HANDWEILER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Appeal from Trial Term, New York County. Action by Elias Handweiler against the City of New York. From a judgment entered on a verdict of the jury, and from an order denying a motion for a new trial, defendant appeals. Reversed, and complaint dismissed. William E. C. Mayer, of Brooklyn, for appellant. Hugo Levy, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs to the appellant, upon the ground that there was no evidence to justify the finding of the jury that the defendant was negligent; and, on the same ground, the motion made by the defendant at the close of the whole case to dismiss the complaint is granted. Judgment ordered accordingly.

---

HARPER, Appellant, v. BABCOCK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Appeal from Special Term, New York County. Action by George W. Harper, Jr., in behalf of himself and other stockholders of the Gilbert Manufacturing Company, against Francis E. Babcock and others. From an order denying a motion for a receiver of the assets of the Gilbert Manufacturing Company during the pendency of the action, plaintiff appeals. Reversed, and motion granted. George W. Harp-

er, Jr., of New York City, in pro. per. Ralph S. Rounds, of New York City, for individual respondents. Herbert Barry, of New York City, for respondent trustees.

PER CURIAM. The order should be reversed, with $10 costs and disbursements to the plaintiff, payable out of the fund, and the motion granted, so far as to require the money now on deposit in banks in the city of New York to remain as deposited and not to be withdrawn, except on final judgment or the further order of the court.

---

HART, Respondent, v. GENESEE VALLEY TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by William A. Hart against the Genesee Valley Trust Company, as executor, etc., of Sarah A. Bygrave, deceased.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that, the record being silent as to proof that the river bank is included within the "Bygrave Homestead" contracted for, the trial court erred in submitting the consideration of such river bank to the jury as an element of damage to be considered by them.

FOOTE, J., not sitting.

---

HARTMAN, Appellant, v. CARMAN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Appeal from Trial Term, New York County. Action by Regina Hartman against William W. Carman. From a judgment dismissing the complaint at the close of plaintiff's case for failure of proof, he appeals. Reversed, and new trial ordered. Gustavus A. Rogers, of New York City, for appellant. Edward P. Mowton, of New York City, for respondent.

PER CURIAM. We think there was evidence to justify the submission to the jury of the question as to the defendant's negligence and as to the plaintiff's freedom from contributory negligence. Judgment reversed; new trial ordered; costs to appellant to abide event.

---

HATCH, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Edward Hatch, Jr., against Milford H. Smith. L. W. Severy, of New York City, for appellant. L. A. Wait, of Saratoga Springs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

H. BRIDGMAN SMITH CO., Respondent, v. MACE MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by the H. Bridgman Smith Company against the Mace Manufacturing Company. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

---

HECHT v. WAHL. (Supreme Court, Appellate Division, First Department. March 13

1914.) Action by Jonas Hecht against Ignatz Wahl. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

HEDGES, Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Dayton Hedges against the Pioneer Iron Works. No opinion. Orders affirmed, with $10 costs and disbursements.

---

HEIFERMAN, v. GREENHUT CLOAK CO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Frank Heiferman against the Greenhut Cloak Company. No opinion. Application granted. Order signed. See, also, 83 Misc. Rep. 435, 145 N. Y. Supp. 142.

---

HEILBRUNN v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Appeal from Appellate Term, First Department. Action by Simon Heilbrunn against the North British & Mercantile Insurance Company of London & Edinburgh. From a determination affirming an order of the City Court granting a motion for judgment, and dismissing the complaint for failure of plaintiff to reply to separate defense contained in the answer, plaintiff appeals. Determination affirmed, and appeal allowed to the Court of Appeals; the questions to be certified to be determined on settlement of order. Jacob R. Schiff, of New York City, for appellant. Leo Levy, of New York City, for respondent.

PER CURIAM. The determination appealed from is affirmed, with $10 costs and disbursements, on the authority of Heilbrunn v. German Alliance Insurance Co., 150 App. Div. 670, 135 N. Y. Supp. 769. An appeal is allowed to the Court of Appeals; the questions to be certified to be determined on settlement of the order.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, on the dissenting opinion in Heilbrunn v. German Alliance Ins. Co., supra.

---

HERRMANN, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Alicia Herrmann against Harry Herrmann.

PER CURIAM. Judgment affirmed. There is no exception in the case which presents a question for review in this court.

---

HIRSCH, Respondent, v. LICHTENSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Charles S. Hirsch against Solomon K. Lichtenstein. A. S. Friend, of New York City, for appellant. A. K. Stricker, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 79 Misc. Rep. 31, 139 N. Y. Supp. 4.

McLAUGHLIN, J., dissents.

---

HOEFLE, Appellant, v. AMERICAN LAUNDRY MACHINERY MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Emil Hoefle, as trustee, etc., against the American Laundry Machinery Manufacturing Company. No opinion. Order of the Special term of January 14, 1914, affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 621.

---

In re HOLLE et al. In re TAMMANY et al. (Supreme Court, Appellate Division, Third Department, March 13, 1914.) In the matter of the application of Charles J. Holle and others for judicial review of the primary election of the Democratic party in the Fifteenth ward of the city of Albany. In the matter of the application to punish John Tammany and others for an alleged contempt of court, arising in the above-entitled proceeding. No opinion. Motions granted. See, also, 160 App. Div. 369, 145 N. Y. Supp. 388.

---

HOPGOOD, Respondent, v. McCONNELL PRINTING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Thomas H. Hopgood against the McConnell Printing Company. C. J. Shearn, of New York City, for appellant. O. W. Ehrhorn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

H. P. SICKLES CO., Respondent, v. R. T. FORD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the H. P. Sickles Company against the R. T. Ford Company. No opinion. Judgment affirmed, with costs.

---

HUGHES, Respondent, v. NEW YORK PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by George Hughes against the New York Publishing Company, Limited. W. Huck, Jr., of New York City, for appellant. J. F. Brosnan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

IENNA, Respondent, v. TOWBIN, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Charles Ienna, an infant, etc., against Lewis Towbin. E. J. Redington, of New York City, for appellant. S. Wechsler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.